UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
BERNARD L. MADOFF INVESTMENT              :
SECURITIES LLC, et al.,                   :
                                          :          22cv769 (DLC)
                            Plaintiffs,   :
               -v-                        :          ORDER
                                          :
RAFAEL MAYER, et al.,                     :
                                          :
                            Defendants.   :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

On January 28, 2022, the plaintiffs filed a motion to withdraw the bankruptcy reference. Accordingly, it is hereby

ORDERED that any opposition is due **February 25, 2022**. Any reply is due **March 11**. At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED:

Dated:     New York, New York
           February 2, 2022

                                    _____
                                          DENISE COTE
                                    United States District Judge