UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IRVING H. PICARD as trustee for BERNARD L.
MADOFF INVESTMENT SECURITIES LLC
AND BERNARD L. MADOFF,

                        Plaintiff,                      22 **CIVIL** 769 (DLC)

          -against-                                **JUDGMENT**

RAFAEL MAYER, DAVID MAYER,
MONTPELLIER INTERNATIONAL LTD.,
PRINCE ASSETS LTD., KHRONOS GROUP LTD.,
PRINCE RESOURCES LDC, MONTPELLIER
USA HOLDINGS LLC, KHRONOS LIQUID
OPPORTUNITIES FUND LTD., and PRINCE
CAPITAL PARTNERS LLC,

                        Defendants.
------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 17, 2022, the January 28 motion to withdraw the bankruptcy reference is denied without prejudice to any renewed motion to withdraw when the case is ready for trial.

**Dated:** New York, New York
          March 21, 2022

                                                          **RUBY J. KRAJICK**

                                                           **Clerk of Court**
                                 **BY:**
                                                           **Deputy Clerk**